**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ALIREZA SADEGHI** | * | **CIVIL ACTION** |
| **V.** | * | **NO. 23-5746 "L" (4)** |
| **U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.** | * | **JUDGE ELDON E. FALLON** |
| | * | **MAG KAREN WELLS ROBY** |
| | * | |

* * * * *

**ORDER**

Considering the foregoing Stipulated Motion for Remand,

**IT IS ORDERED** that Plaintiff's N-400 Application for Naturalization be and is hereby remanded to the United States Citizenship and Immigration Services for further proceedings as prescribed in the Stipulation, subject to reopening same in 90 days in the event USCIS does not complete the adjudication, without prejudice and without having to pay an additional filing fee, should such reopening be necessary.

New Orleans, Louisiana, this 15th day of December, 2023.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE